UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACRISURE OF CALIFORNIA, LLC,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>COMFORT INSURANCE SERVICES, LLC; LAUREN COMFORTI, and RAUL QUINONES,<br><br>　　　　　　　　　　　Defendants. | Case No.: 3:20-cv-2224-JLS-AHG<br><br>**ORDER:**<br><br>**(1) SETTING SECOND EARLY NEUTRAL EVALUATION CONFERENCE; and**<br><br>**(2) SETTING CONFIDENTIAL ATTORNEY-ONLY SETTLEMENT CALLS** |

The Court held an Early Neutral Evaluation Conference ("ENE") in this matter on February 19, 2021 before the Honorable Allison H. Goddard. ECF No. 30. Although the case did not settle, the Court believes continued settlement discussions may be fruitful. Accordingly, the Court **CONTINUES** the ENE to **April 23, 2021** at **2:00 p.m.**

As before, the second ENE will take place via videoconference, using the Court's official Zoom videoconferencing account. Counsel and all attendees should review the Court's previous Order setting the February 19 MSC (ECF No. 22) for technical guidance and requirements regarding the use of Zoom.

All named parties, party representatives, including claims adjusters for insured

defendants, as well as principal attorney(s) responsible for the litigation must attend the ENE via videoconference. All who attend the ENE must be legally and factually prepared to discuss and resolve the case. Counsel appearing without their clients (whether or not counsel has been given settlement authority) will be subject to immediate imposition of sanctions.

The day before the conference, **the Court will send the Zoom invitation to all attendees at the February 19, 2021 ENE.** No later than **April 16, 2021**, counsel for both sides shall send an email to the Court at efile_goddard@casd.uscourts.gov identifying, by name and title, **any additional participants they expect to join**, and providing their email addresses so that the Court can send them the Zoom invitation. Counsel should also inform the Court if any of the attendees at the February 19 ENE will not be present at the continued ENE. However, counsel should note that the Court still requires the attendance of a party or party representative with **full and complete authority to enter into a binding settlement**.

Although the Court did not hold a Case Management Conference ("CMC") pursuant to Fed. R. Civ. P 16(b), the Court ordered formal discovery to commence in a limited capacity, and, following the ENE, communicated with counsel for the parties via email regarding the precise limitations on discovery and the required informal information exchange that must take place before the continued ENE. The instructions in that email are incorporated by reference herein. In the event the case does not settle at the second ENE, the Court will immediately thereafter hold a CMC. Appearance of the parties at the CMC is not required. The parties may, but are not required to, file an updated Joint Case Management Statement by **April 16, 2021**.

To remain apprised of the status of the parties' formal and informal discovery exchange, and in preparation for the second ENE, the Court **SETS** confidential follow-up settlement calls with counsel for each side for **April 13, 2021** at **10:30 a.m.** The calls will be **attorneys-only** and the Court will initiate the calls to counsel. No later than **April 12, 2021**, counsel for each side must inform the Court of their preferred contact

number for Judge Goddard to use for the settlement calls. Counsel for each side must be immediately available at the number provided to receive a call from Judge Goddard to discuss the case **between the hours of 10:30 and 11:30 a.m.**

The Court will not require updated ENE statements from the parties prior to the second ENE. Instead, the Court expects counsel to be prepared during the confidential settlement calls to discuss any relevant developments and to be able to readily provide the Court with any newly exchanged information that may aid in settlement discussions.

All other requirements set forth in the Court's previous Order setting the first ENE (ECF No. 22) (e.g., requirements for requesting continuances) remain in effect with respect to the second ENE, except where explicitly modified herein.

**IT IS SO ORDERED.**

Dated:  February 22, 2021

_____
Honorable Allison H. Goddard
United States Magistrate Judge