# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACRISURE OF CALIFORNIA, LLC,<br><br>                 Plaintiff,<br><br>v.<br><br>COMFORT INSURANCE SERVICES, LLC, *et al.*,<br><br>                 Defendants. | **CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE AND ORDER OF REFERENCE**<br><br>Case No.: 3:20-cv-02224-JLS-AHG |

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

The parties, having settled this case, by signing below further voluntarily consent to the jurisdiction of United States Magistrate **Allison H. Goddard** to decide:

(1) all disputes regarding settlement terms arising during the documentation thereof not resolved by the parties themselves; and,

(2) all disputes arising out of the terms of the settlement agreement once completed;

AND, that any decision by the Magistrate Judge regarding any such dispute(s), 1 or 2, above, shall be FINAL AND BINDING AND FROM WHICH THE PARTIES SPECIFICALLY WAIVE ANY RIGHT TO APPEAL.

The parties intend to provide Magistrate Judge Allison H. Goddard with plenary authority to achieve finality regarding disputes, reduce the risk of future litigation, and provide a venue to solve disputes with a minimum of expense. As part of her authority, Magistrate Judge Allison H. Goddard may impose any sanction or penalty she deems appropriate, which, in her sole discretion, she believes is commensurate with the nature and severity of the dispute and resolution thereof. This authority includes, but is not limited to, monetary and/or injunctive relief and discretion to impose sanctions or penalties including imposition of any sanction up to and including contempt of court, pursuant to 28 U.S.C. § 636(e).

This consent is valid for a period of four years from the date this order is signed by the District Judge;

Signature: *[signed]*
Print Name: Lauren Comforti
Indicate attorney/plaintiff/defendant/other: Defendant
Date: May 10, 2021

Signature: *[signed]*
Print Name: Lauren Comforti
Indicate attorney/plaintiff/defendant/other: Member, Def. Comfort Ins. Services, LLC
Date: May 10, 2021

Signature: *[signed]*
Print Name: Richard Deleissegues
Indicate attorney/plaintiff/defendant/other: Attorney for Defendants
Date: May 10, 2021

Signature: *[signed]*
Print Name: Raul Quinones
Indicate attorney/plaintiff/defendant/other: Defendant
Date: May 10, 2021

## ORDER OF REFERENCE

**IT IS HEREBY ORDERED** that this case be referred to the Honorable Allison H. Goddard, United States Magistrate Judge, for all settlement proceedings, including all disputes regarding interpretation and enforcement of the terms of the settlement agreement, and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and the foregoing consent of the parties.

_____5/18/2021_____  
Date

_____Janis L. Sammartino_____  
United States District Judge