UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACRISURE OF CALIFORNIA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMFORT INSURANCE SERVICES, LLC; LAUREN COMFORTI; and RAUL QUINONES<br><br>Defendants. | Case No.: 20-CV-2224 JLS (AHG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 41) |

Presently before the Court is the Parties' Joint Motion to Dismiss (ECF No. 41). Good cause appearing, the Court **GRANTS** the Joint Motion. As stipulated by the Parties, the Court **DISMISSES WITH PREJUDICE**. The Clerk of the Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: July 26, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge